JENNINGS v. THE ST. LOUIS, IRON MOUNTAIN & SOUTH-ERN RAILWAY COMPANY, *Appellant.*

### Division Two, June 12, 1894.

Supreme Court: APPELLATE JURISDICTION. Where, on appeal to the supreme court from a judgment overruling a motion to retax costs, the sum involved is less than $2,500, and no other ground for the court's jurisdiction is shown, the cause will be certified to the court of appeals.

*Appeal from St. Louis City Circuit Court.*—HON. JACOB KLEIN, Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*H. S. Priest* and *H. G. Herbel* for appellant.

*Kehr & Tittmann* for respondent.

GANTT, P. J.—This is an appeal from the judgment of the circuit court of St. Louis, overruling a motion of the appellant to retax costs amounting to $36.25, which accrued prior to the first appeal in this cause, the decision of which is reported in 99 Mo. 394,

and resulted in reversing and remanding the cause. A retrial was had, and resulted in another judgment in the circuit court for plaintiff, which was affirmed in 112 Mo. 268. As the amount involved is less than $2,500, and no suggestion is made or cause shown why we should, on any other ground, take jurisdiction, the cause is ordered certified to the St. Louis court of appeals. All of this division concur.